730 A.2d 473

**In the Matter of Joseph DeMESQUITA.**

Supreme Court of Pennsylvania.

April 23, 1999.

## O R D E R

PER CURIAM:

AND NOW, this 23rd day of April, 1999, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated March 8, 1999, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.